**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:24-cv-00416-DOC-JDE                                                                                  Date: July 2, 2024

Title: Elizaveta Samokhvalova v. Ur Jaddou, et al.

---

PRESENT:       THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On June 11, 2024, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of prosecution. (Dkt. 24). The Court ordered Plaintiff to rectify errors pursuant to the Clerk's office Notice of Deficiency (Dkt. 27) by filing proper proof of service of summons and complaint.

Plaintiff has submitted several documents labeled as proofs of service in support of the prior deficient application for default. (Dkts. 29-42). In order to seek an entry of default, however, Plaintiff must correct errors identified in the Notice of Deficiency (Dkt. 44) and file proper proofs of service before the Clerk can enter default.

Plaintiff is ORDERED to correct errors identified in the Notice of Deficiency (Dkt. 44) and file a new application/request for default with the Clerk or otherwise respond in writing why this case should not be dismissed for lack of prosecution by **July 16, 2024.**

The Court recommends Plaintiff seek assistance at the Santa Ana Federal Pro Se Clinic, located: Ronald Reagan Federal Building and United States Courthouse 411 W. 4th Street, Room 1055 (first floor) Santa Ana, CA 92701

More information is available here: https://prose.cacd.uscourts.gov/santa-ana

Initials of Deputy Clerk: kdu